```
          FILED
    U.S. DISTRICT COURT
 DISTRICT OF MARYLAND
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2003 JAN 15 A 11: 59

           CLERKS OFFICE
            AT BALTIMORE

BY_____DEPUTY

| | | |
|---|---|---|
| EJIEKE MADUKA, ex rel. Kevin Ezeadiugwu | * | |
| Plaintiff | * | |
| | * | |
| v. | * | CIVIL ACTION NO. JFM-02-1767 |
| | * | |
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Defendant | * | |

\* \* \* \*   \*\*\*   \* \* \* \*

ORDER

The foregoing Motion Of The Defendant To Compel Discovery having been read and considered by the United States District Court for the District of Maryland, it is this __15__ day of January, 2003,

ORDERED, pursuant to Fed.R.Civ.P.37, that the Plaintiff in the above-captioned case furnish the Defendant with responses to the Defendant's October 22, 2002 interrogatory and document requests no later than January 31, 2003.  It is further ORDERED that the Clerk of the Court mail copies of this executed ORDER to all counsel of record in the instant case.

_____
United States District Judge